UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE SCHWARTZWALD,<br><br>                    Plaintiff,<br><br>    - against -<br><br>HERITAGE RADIO NETWORK INC.,<br><br>                    Defendant. | Docket No. 17-cv-02863<br><br>JURY TRIAL DEMANDED |

# COMPLAINT

Plaintiff Lawrence Schwartzwald ("Schwartzwald" or "Plaintiff"), by and through his undersigned counsel, as and for his Complaint against Defendant Heritage Radio Network Inc. ("HRN" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of Amy Winehouse owned and registered by Schwartzwald a New York-based photojournalist. Accordingly, Schwartzwald seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or is doing business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Schwartzwald is a professional photojournalist in the business of licensing his photographs to online, print, and television media outlets for a fee, having a usual place of business at 325 North End Avenue, #15B, New York, NY 10282. Schwartzwald's photographs have appeared in many publications around the United States.

6. Upon information and belief, HRN is a corporation duly organized and existing under the laws of the State of New York, with a place of business at 1130 Bedford Avenue, Box 301, Brooklyn, NY 11216. At all times material hereto, HRN has owned and operated a podcast at the following URL: www.heritageradionetwork.org (the "Website").

## STATEMENT OF FACTS

**A.    Background and Plaintiff's Ownership of the Photograph**

7. On July 30, 2007, Schwartzwald photographed late singer Amy Winehouse at a diner (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Schwartzwald is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with the U.S. Copyright Office and was given pending Copyright Registration Number 1-5077546036. See Exhibit B.

**B.    Defendant's Infringing Activities**

10. Upon information and belief, on or about August 25, 2013, HRN aired a radio broadcast on the Website called *The Main Course*, featuring restaurateur Florent Morellet. See http://heritageradionetwork.org/podcast/the-main-course-episode-186-florent-morellet/. A

synopsis of the podcast on HRN's Website prominently featured the Photograph. A true anc correct copy of the Photograph on the Website is attached here to as Exhibit C.

11.     HRN did not license the Photograph from Plaintiff for its synopsis, and did not have Plaintiff's permission or consent to publish the Photograph on its Website.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST HRN)**
**(17 U.S.C. §§ 106, 501)**

12.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13.     HRN infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on its Website. HRN is not, and has never been, licensed or otherwise authorized to reproduce, publicly display, distribute and/or use the Photograph.

14.     The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright, in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15.     Upon information and belief, the aforementioned acts of infringement by HRN have been willful, intentional, and purposeful, in disregard of and with indifference to Plaintiff's rights.

16.     As a result of Defendant's infringement of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to recover his damages and Defendant's profits pursuant to 17 U.S.C. § 504(b).

17.     Defendant's conduct, described above, is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiff irreparable injury that cannot be fully compensated by or measured in money damages. Plaintiff has no adequate remedy at law.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant HRN be adjudged to have infringed upon Plaintiff's copyright in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded pre-judgment interest; and

5. Such other and further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: May 10, 2017
        Valley Stream, New York

LIEBOWITZ LAW FIRM, PLLC

By: /s/   Kamanta C. Kettle
      Kamanta C. Kettle

Kamanta C. Kettle
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Telephone:  (516) 233-1660
KK@LiebowitzLawFirm.com

*Attorneys for Plaintiff Lawrence Schwartzwald*